# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ANTHONY BRECI, an individual and TYWAN MONIQUE HOWELL, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; NICHOLAS DIAZ, JR.; EDUARDO OMAR BUENO and DOES 1 through 10, inclusive,<br><br>        Defendant(s). | 2:22-cv-00070-APG-VCF<br>**ORDER** |

Before the court is *Amthony Breci, et al., v. Las Vegas Metropolitan Police Department, et al.*, case number 2:22-cv-00070-GMN-VCF.

A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

Accordingly,

IT IS HEREBY ORDERED that the parties must a proposed discovery plan and scheduling order on or before May 13, 2022.

DATED this 29th day of April, 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE