Peter Goldstein [SBN 6992]
PETER GOLDSTEIN LAW CORP
peter@petergoldsteinlaw.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 474-6400
Facsimile: (888) 400-8799

*Attorney for Plaintiffs*
*ANTHONY BRECI and*
*TYWAN MONIQUE HOWELL*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY BRECI, an individual; and TYWAN MONIQUE HOWELL, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; NICHOLAS DIAZ, JR.; EDUARDO OMAR BUENO; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. Case No.   2:22-cv-00070-ART-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS NICHOLAS DIAZ, JR. AND EDUARDO OMAR BUENO TO ANSWER FIRST AMENDED COMPLAINT FOR DAMAGES** |

COME NOW, Plaintiffs ANTHONY BRECI, an individual and TYWAN MONIQUE HOWELL, an individual, by and through their counsel of record, and Defendants, NICHOLAS DIAZ, JR. and EDUARDO OMAR BUENO ("*In Propria Persona*"), and hereby stipulate and agree to a 60-Day extension of time to **June 27, 2022** for Defendants, NICHOLAS DIAZ, JR. and EDUARDO OMAR BUENO to file an Answer to the First Amended Complaint for Damages filed on February 22, 2022.

///

///

---

1

STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS' ANSWER

DATED: May 12, 2022						PETER GOLDSTEIN LAW CORP

							By: /s/ Peter Goldstein
							PETER GOLDSTEIN
							Attorneys for Plaintiffs
							*ANTHONY BRECI and*
							*TYWAN MONIQUE HOWELL*

DATED: May 12, 2022


							By: _____
							NICHOLAS DIAZ, JR.
							2188 N Walnut Road
							Las Vegas, NV  89115
							*Defendant – In Pro Per*

DATED: May 12, 2022


							By: _____
							EDUARDO OMAR BUENO
							2416 Evening Snow Court
							North Las Vegas, NV  89030
							*Defendant – In Pro Per*


### ORDER

IT IS SO ORDERED

DATED this 13th day of May, 2022

							_____
							UNITED STATES MAGISTRATE JUDGE

---

2

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS' ANSWER**

**CERTIFICATE OF SERVICE**

I am employed in the County of Clark, State of Nevada. I am over the age of eighteen years and not a party to the within action; my business address is 10161 Park Run Drive, Suite 150, Las Vegas, Nevada 89145.

I hereby certify that on this 12th day of May, 2022, a true and correct copy of the following document **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS NICHOLAS DIAZ, JR. AND EDUARDO OMAR BUENO TO ANSWER FIRST AMENDED COMPLAINT FOR DAMAGES** was served by electronically filing with the Court's CM/ECF electronic filing system to the following parties:

> Craig R. Anderson, Esq.
> MARQUIS AURBACH
> 10001 Park Run Drive
> Las Vegas, Nevada 89145
> Telephone:   (702) 382-0711
> Facsimile:   (702) 382-5816
> Email: canderson@maclaw.com
> *Attorneys for Defendants LVMPD,*
> *Nicolas Diaz, JR; Eduardo Omar Bueno*

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

By: _____
An Employee of Peter Goldstein Law Corp

1