Peter Goldstein [SBN 6992]
PETER GOLDSTEIN LAW CORP
peter@petergoldsteinlaw.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:   (702) 474-6400
Facsimile:   (888) 400-8799

*Attorney for Plaintiffs*
*ANTHONY BRECI and*
*TYWAN MONIQUE HOWELL*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY BRECI, an individual; and TYWAN MONIQUE HOWELL, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT; NICHOLAS DIAZ, JR.; EDUARDO OMAR BUENO; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. Case No.   2:22-cv-00070-ART-VCF <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS NICHOLAS DIAZ, JR. AND EDUARDO OMAR BUENO TO ANSWER FIRST AMENDED COMPLAINT FOR DAMAGES** |

COME NOW, Plaintiffs ANTHONY BRECI, an individual and TYWAN MONIQUE HOWELL, an individual, by and through their counsel of record, and Defendants, NICHOLAS DIAZ, JR. and EDUARDO OMAR BUENO ("*In Propria Persona*"), and hereby stipulate and agree to a 30-Day extension of time from June 27, 2022 to **July 27, 2022** for Defendants, NICHOLAS DIAZ, JR. and EDUARDO OMAR BUENO to file an Answer to the First Amended Complaint for Damages filed on February 22, 2022.

/ / /

/ / /

---

1

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS' ANSWER**

DATED: June 24, 2022

PETER GOLDSTEIN LAW CORP

By: /s/ Peter Goldstein
PETER GOLDSTEIN
Attorneys for Plaintiffs
*ANTHONY BRECI and
TYWAN MONIQUE HOWELL*

DATED: June 27, 2022

By: _____
NICHOLAS DIAZ, JR.
2188 N Walnut Road
Las Vegas, NV 89115
*Defendant – In Pro Per*

DATED: June ___, 2022

By: _____
EDUARDO OMAR BUENO
2416 Evening Snow Court
North Las Vegas, NV 89030
*Defendant – In Pro Per*

**ORDER**

IT IS SO ORDERED

DATED this ____ day of _____, 2022

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 24, 2022     PETER GOLDSTEIN LAW CORP

By: /s/ Peter Goldstein
PETER GOLDSTEIN
Attorneys for Plaintiffs
ANTHONY BRECI and
TYWAN MONIQUE HOWELL

DATED: June ___, 2022

By: _____
NICHOLAS DIAZ, JR.
2188 N Walnut Road
Las Vegas, NV  89115
*Defendant – In Pro Per*

DATED: June  27, 2022

By: _____
EDUARDO OMAR BUENO
2416 Evening Snow Court
North Las Vegas, NV  89030
*Defendant – In Pro Per*

**ORDER**

IT IS SO ORDERED

DATED this ____ day of _____, 2022

_____
UNITED STATES MAGISTRATE JUDGE

2

1  DATED:  June 24, 2022			PETER GOLDSTEIN LAW CORP

					By:  /s/ Peter Goldstein
					PETER GOLDSTEIN
					Attorneys for Plaintiffs
					*ANTHONY BRECI* and
					*TYWAN MONIQUE HOWELL*

DATED:  June ___, 2022

					By:  _____
					NICHOLAS DIAZ, JR.
					2188 N Walnut Road
					Las Vegas, NV  89115
					*Defendant – In Pro Per*

DATED:  June ___, 2022

					By:  _____
					EDUARDO OMAR BUENO
					2416 Evening Snow Court
					North Las Vegas, NV  89030
					*Defendant – In Pro Per*


**ORDER**

IT IS SO ORDERED

DATED this  28th  day of  June , 2022
.

					_____
					UNITED STATES MAGISTRATE JUDGE

2
**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS' ANSWER**



Peter Goldstein <pglawstaff@petergoldsteinlaw.com>

---

## BRECI/HOWELL - Stipulation to Extend Deadline to Answer

**Eduardo Bueno** <ebueno1990@hotmail.com>  Mon, Jun 27, 2022 at 5:52 PM
To: Kris Bechtold <pglawstaff@petergoldsteinlaw.com>

Sent from my iPhone

> On Jun 27, 2022, at 1:41 PM, Eduardo Bueno <EBUENO1990@hotmail.com> wrote:
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** Kris Bechtold <pglawstaff@petergoldsteinlaw.com>
>> **Date:** June 24, 2022 at 4:06:40 PM PDT
>> **To:** dznico20@gmail.com, ebueno1990@hotmail.com
>> **Cc:** Peter Goldstein <peter@petergoldsteinlaw.com>, Pieter O'Leary <oleary@petergoldsteinlaw.com>
>> **Subject: BRECI/HOWELL - Stipulation to Extend Deadline to Answer**
>
> [Quoted text hidden]

---

3 attachments

image0.jpeg
1664K



📎 **2022.06.24 - SAO to Extend Bueno-Diaz Filing Deadline (2nd Req).pdf**
153K

📎 **2022.06.24 RE Diaz and Bueno enc Stip - Req Ltr.pdf**
56K



Peter Goldstein <pglawstaff@petergoldsteinlaw.com>

## Extension

**Nicolas Diaz** <dznico20@gmail.com>  Mon, Jun 27, 2022 at 1:47 PM
To: pglawstaff@petergoldsteinlaw.com

Nicolas Diaz

| | |
|---|---|
| 1 | DATED: June 24, 2022 | PETER GOLDSTEIN LAW CORP |
| 2 | | |
| 3 | | By: /s/ Peter Goldstein |
| 4 | | PETER GOLDSTEIN |
| | | Attorneys for Plaintiffs |
| 5 | | ANTHONY BRECI and |
| | | TYWAN MONIQUE HOWELL |
| 6 | DATED: June ___, 2022 | |
| 7 | | |
| 8 | | By: NICHOLAS DIAZ, JR. |
| 9 | | 2188 N Walnut Road |
| | | Las Vegas, NV 89115 |
| 10 | | Defendant – In Pro Per |
| 11 | | |
| 12 | DATED: June ___, 2022 | |
| 13 | | |
| 14 | | By: EDUARDO OMAR BUENO |
| | | 2416 Evening Snow Court |
| 15 | | North Las Vegas, NV 89030 |
| | | Defendant – In Pro Per |

**ORDER**

IT IS SO ORDERED

DATED this ___ day of _____, 2022

_____
UNITED STATES MAGISTRATE JUDGE



Peter Goldstein &lt;pglawstaff@petergoldsteinlaw.com&gt;

## BRECI/HOWELL - Stipulation to Extend Deadline for Bueno/Diaz Answer

**Kris Bechtold** &lt;pglawstaff@petergoldsteinlaw.com&gt;  Fri, Jun 24, 2022 at 3:50 PM
To: Craig Anderson &lt;canderson@maclaw.com&gt;, Sherri Mong &lt;smong@maclaw.com&gt;, Peter Goldstein &lt;peter@petergoldsteinlaw.com&gt;
Bcc: Peter Goldstein &lt;pglawstaff@petergoldsteinlaw.com&gt;, Jeremy Perez &lt;Staff@petergoldsteinlaw.com&gt;

Peter asked me to forward a copy of the Stipulation to Extend Deadline for Defs Diaz and Bueno to file their Answer to the First Amended Complaint for your information.  A conformed copy will be provided upon filing.

Kris Bechtold
Legal Assistant



**PETER GOLDSTEIN LAW CORP**

10161 Park Run Drive, Suite 150

Las Vegas, NV 89145

Tel: (702) 474-6400
Fax: (888) 400-8799

www.petergoldsteinlaw.com


400 Corporate Pointe, Ste. 300
Culver City, CA 90230
Tel: (310)552-2050
Fax: (888) 400-8799

www.petergoldsteinlaw.com

📄 **2022.06.24 - SAO to Extend Bueno-Diaz Filing Deadline (2nd Req).pdf**
153K

**CERTIFICATE OF SERVICE**

I am employed in the County of Clark, State of Nevada.  I am over the age of eighteen years and not a party to the within action; my business address is 10161 Park Run Drive, Suite 150, Las Vegas, Nevada 89145.

I hereby certify that on this 28th  day of June, 2022, a true and correct copy of the following document **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS NICHOLAS DIAZ, JR. AND EDUARDO OMAR BUENO TO ANSWER FIRST AMENDED COMPLAINT FOR DAMAGES (Second Request)** was served electronically on June 24, 2022 and through filing with the Court's CM/ECF electronic filing system to the following parties:

> Craig R. Anderson, Esq.
> MARQUIS AURBACH
> 10001 Park Run Drive
> Las Vegas, Nevada 89145
> Telephone:     (702) 382-0711
> Facsimile:      (702) 382-5816
> Email: canderson@maclaw.com
> *Attorneys for Defendants LVMPD,*
> *Nicolas Diaz, JR; Eduardo Omar Bueno*

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

By: *Kris Bechtold*
An Employee of Peter Goldstein Law Corp

1