**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY BRECI, an individual and TYWAN MONIQUE HOWELL, an individual,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; NICHOLAS DIAZ, JR.; EDUARDO OMAR BUENO and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No.: 2:22-cv-00070-ART-VCF<br><br>**ORDER APPROVING** |

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED between Plaintiffs Anthony Breci and Tywan Monique Howell ("Plaintiffs"), by and through their counsel of record, Peter Goldstein, Esq. of Peter Goldstein Law Corp. and Defendant Las Vegas Metropolitan Police Department ("Defendant LVMPD"), by and through their counsel of record, Craig R. Anderson, Esq. of Marquis Aurbach, that the above-referenced matter be dismissed with prejudice;

IT IS FURTHER STIPULATED that Plaintiffs dismiss with prejudice all of their claims in the Complaint and Proposed Amended Complaint against Defendants Nicholas Diaz, Jr. and Eduardo Omar Bueno and Donnell Jones; and

/ / /

/ / /

MAC:14687-384 4812472_1 8/19/2022 2:22 PM

IT IS FURTHER STIPULATED that all parties shall bear their own attorney fees and costs.

IT IS SO STIPULATED this 19th day of August, 2022.

| MARQUIS AURBACH | PETER GOLDSTEIN LAW CORP. |
|---|---|
| By: *s/Craig R. Anderson* <br> Craig R. Anderson, Esq. <br> Nevada Bar No. 6882 <br> 10001 Park Run Drive <br> Las Vegas, Nevada 89145 <br> Attorneys for Defendant LVMPD | By: *s/Peter Goldstein* <br> Peter Goldstein, Esq. <br> Nevada Bar No. 6992 <br> 10161 Park Run Drive., Ste. 150 <br> Las Vegas, Nevada 89145 <br> Attorney for Plaintiffs |

**ORDER**

IT IS HEREBY ORDERED that the above-referenced matter be dismissed with prejudice;

IT IS FURTHER ORDERED that Plaintiffs' claims in the Complaint and Proposed Amended Complaint against Defendants Nicholas Diaz, Jr. and Eduardo Omar Bueno and Donnell Jones are dismissed with prejudice; and

IT IS FURTHER ORDERED that all parties shall bear their own attorney fees and costs.

IT IS HEREBY ORDERED this 25th day of August, 2022.

_____
Anne R. Traum
United States District Court Judge

MAC:14687-384 4812472_1 8/19/2022 2:22 PM